UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FRANK ALLEN,

                Plaintiff,

     v.                                          9:04-CV-91

NURSE COOLEY,

                Defendant.
_____

APPEARANCES:                                OF COUNSEL:

FRANK ALLEN
Plaintiff pro se

ELIOT SPITZER                            CHARLES J. QUACKENBUSH
Attorney General of the               Asst. Attorney General
State of New York

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Gustave J. DiBianco, duly filed on the 13th day of July, 2006.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED, that:

     1.  The Report-Recommendation is hereby approved.

     2.  In accordance with the Report-Recommendation, the plaintiff has until on or

before September 15, 2006 to file an amended complaint.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: August 16, 2006
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge